*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

_____

Before
GASTON, HOUTZ, and COGLEY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Mickey W. JOHNSON, Jr.**
Private First Class (E-2), U.S. Marine Corps
*Appellant*

**No. 201800249**

Decided: 4 October 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Ann K. Minami

Sentence adjudged 7 October 2020 by a special court-martial convened at Marine Corps Support Facility Louisiana, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 12 months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Michael W. Wester, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.